**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT CLEVELAND**

| | | |
|---|---|---|
| **PIERRE ELLIOTT**, on behalf of himself and others similarly situated, | : : : | **CASE NO. 1:26-CV-00841** |
| Plaintiff, | : : | **JUDGE PAMELA A. BARKER** |
| v. | : : : | **MAGISTRATE JUDGE JONATHAN D. GREENBERG** |
| **OLYMPIC STEEL, INC.**, | : : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Named Plaintiff Pierre Elliott, on behalf of himself and others similarly situated, respectfully requests that his deadline to respond to Defendant's Motion to Dismiss (ECF No. 19) be extended from August 20, 2026, to September 21, 2026. Counsel for Defendant has confirmed that Defendant does not oppose this request.

Good cause supports this extension. Concurrent with this motion, the Parties will jointly move for a telephonic status conference to address the pending motion and potential stipulation to court authorized notice.  Given this request and the Parties' current discussions, this extension will conserve both judicial and party resources. Named Plaintiff anticipates being able to advise the Court of the outcome of those discussions on or before September 21, 2026. This is Named Plaintiff's first request for an extension of this deadline, and no other case deadlines will be affected.

WHEREFORE, Named Plaintiff respectfully requests that the Court extend his deadline to respond to the pending Motion to Dismiss (ECF No. 19) to and including September 21, 2026.

1

Respectfully submitted,

**COFFMAN LEGAL, LLC**

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
Shannon M. Draher (0074304)
Adam C. Gedling (0085256)
Tristan T. Akers (0102298)
1550 Old Henderson Road
Suite #126
Columbus, Ohio 43220
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com
      sdraher@mcoffmanlegal.com
      agedling@mcoffmanlegal.com
      takers@mcoffmanlegal.com

*Attorneys for Named Plaintiff and those similarly situated*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 29th day of July 2026, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman